**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **5:07-CR-22 (WDO)** |
| **DESI SHRUN SIMS,** | **:** | |
| | **:** | |
| **Defendant** | **:** | |

**ORDER**

Having reviewed and considered Defendant's Motion to Continue, IT IS HEREBY

ORDERED that the trial of this case be continued to the August 2007 term of court.  IT IS

FURTHER ORDERED that any delay occasioned by the continuance be deemed excludable

delay pursuant to Title 18, United States Code, Section 3161 (h) of the Speedy Trial Act.

**SO ORDERED this 17th day of May, 2007.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**