# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>DESI SHRUN SIMS,<br>Defendant | NO. 5: 07-CR-22 (WDO)<br><br>**Violation(s): Drug Related** |

## ORDER DENYING MODIFICATION OF CONDITIONS OF RELEASE

This court has heretofore entered an Order of Release as to the above-named defendant setting conditions upon which he could be released from the custody of the United States. Among those conditions of release is the requirement that defendant post a secured bond in the amount of $25,000.00 provided he post ten percent (10%) of that amount with the court. However, the defendant has been unable to satisfy the financial requirements of the Order of Release herein and has filed a **PETITION TO MODIFY BOND ORDER** (Tab #19).

Upon consideration of the charges against this defendant and a review of his financial condition, of the Pretrial Services Report prepared by the U. S. Probation Office (dated April 17, 2007), and of the government's response to defendant's petition (Tab #20), the court has determined that the Order of Release heretofore entered is appropriate given defendant SIMS' history of drug usage, history of arrests for drug offenses, and history of revocation of probation and parole. Accordingly, defendant's **PETITION TO MODIFY BOND ORDER** (Tab #19) is DENIED.

SO ORDERED AND DIRECTED, this 5th day of JUNE, 2007.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE